No. 73–5904. THACKER v. BLACKLEDGE, PRISON ADMINISTRATOR. C. A. 4th Cir. Certiorari denied.

No. 73–5907. DOWDY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73–5910. DAVIS v. AULT, WARDEN. Sup. Ct. Ga. Certiorari denied.

No. 73–5932. BRINKLEY v. CLANON, MEDICAL FACILITY SUPERINTENDENT. Sup. Ct. Cal. Certiorari denied.

No. 73–5953. McGIFF v. WYOMING. Sup. Ct. Wyo. Certiorari denied.

No. 73–5957. WILKINS v. MARYLAND. Ct. App. Md. Certiorari denied.

No. 73–5964. WHITE ET AL. v. WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 73–5967. McCLINDON v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 73–5980. DeMARIN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 73–6013. FORD v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 73–6073. GERIK v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 73–6085. BOOKER v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.